MORRIS et al. v. NEW ORLEANS RY. & LIGHT CO. (Circuit Court of Appeals, Fifth Circuit. January 30, 1912.) No. 2,248. In Error to the Circuit Court of the United States for the Eastern District of Louisiana. Action by Sallie Morris and others against the New Orleans Railway & Light Company. Judgment for defendant, and plaintiffs bring error. Affirmed. Gustave Lemle, Armand Romain, and W. Catesby Jones, for plaintiffs in error. Benj. W. Kernan, Henry P. Dart, and Henry P. Dart, Jr., for defendant in error. Before McCORMICK and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. The issues raised by the pleadings and evidence were properly submitted to the jury, and the record discloses no error requiring a reversal of the judgment. Affirmed.

---

PREST-O-LITE CO. v. AUTO ACETYLENE CO. (Circuit Court of Appeals, Sixth Circuit. November 10, 1911.) No. 2,135. Appeal from the Circuit Court of the United States for the Northern District of Ohio. For opinion below, see 191 Fed. 90. Winter & Winter and Gardner Abbott, for appellant. Calfee & Fogg, for appellee.

PER CURIAM. Dismissed, on motion of appellant.

---

SEYMOUR v. McDANIEL.† (Circuit Court of Appeals, Fifth Circuit. December 26, 1911.) No. 2,194. In Error to the Circuit Court of the United States for the Eastern District of Texas. J. Q. Mahaffey, for plaintiff in error. Hiram Glass, W. L. Estes, and John J. King, for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. We are of the opinion that there is no reversible error shown by the record. Affirmed.